Rosemary M. Rivas (State Bar No. 209147)
Email: rrivas@zlk.com
**LEVI & KORSINSKY LLP**
44 Montgomery Street, Suite 650
San Francisco, California 94104
Telephone: (415) 373-1671
Facsimile: (415) 484-1294

Kim E. Richman (admitted *Pro Hac Vice*)
Email: krichman@richmanlawgroup.com
Jaimie Mak, Of Counsel (State Bar No. 236505)
Email: jmak@richmanlawgroup.com
**RICHMAN LAW GROUP**
8 W. 126th Street
New York, NY 10027
Telephone: (212) 687-8291
Facsimile: (212) 687-8292

*Attorneys for Plaintiff and the Proposed Class*
[*Additional counsel appears on signature page.*]

**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION**

| | |
|---|---|
| SUSAN TRAN, on Behalf of Herself and all Others Similarly Situated,<br><br>                                   Plaintiff,<br><br>v.<br><br>SIOUX HONEY ASSOCIATION, COOPERATIVE,<br><br>                                   Defendant. | Case No. 8:17-cv-00110-JLS-SS<br><br>**PLAINTIFF'S NOTICE OF MOTION FOR CLASS CERTIFICATION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>Hearing Date: Oct. 25, 2019 at 10:30 a.m.<br>Judge:        Hon. Josephine L. Staton<br>Crtrm.:       10A; 10th FL<br>Filed:         January 23, 2017 |

TO THE HONORABLE COURT AND TO DEFENDANT SIOUX HONEY ASSOCIATION, COOPERATIVE:

PLEASE TAKE NOTICE that on October 25, 2019 at 10:30 a.m. in Courtroom 10A, 10th Floor of the above-entitled Court, located at 411 West Fourth Street, Santa Ana, CA, Plaintiff SUSAN TRAN will and hereby does move for class certification pursuant to Rule 23 of the Federal Rules of Civil Procedure.

Plaintiff seeks certification of the following class pursuant to Federal Rule of Civil Procedure 23(b)(2):

> All persons residing in California, who, from January 2014 to the Present, purchased, for personal use and not resale, Sue Bee Products.

Plaintiff also seeks appointment of Plaintiff as Class Representative and Plaintiff's Counsel as Class Counsel.

In the event the Court declines to certify the Class, Plaintiff seeks certification of an issue class pursuant to Federal Rule of Civil Procedure 23(c)(4), limited to adjudicating the question of whether Defendant's statements are unlawful or deceptive.

This Motion is made pursuant to Federal Civil Procedure Rule 23 on the grounds that this matter meets all the requirements for class certification set forth in Rule 23. The Motion is based upon this Notice of Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Kim E. Richman filed herewith, the pleadings and all documents on file in this action, and such other matters as may be presented at or before the hearing.

## STATEMENT OF ISSUES TO BE DECIDED

The issues to be decided are:

1. Whether the Court should certify the proposed Class for injunctive relief, as defined above and pursuant to Fed. R. Civ. P. 23(b)(2).

2. In the alternative, whether the Court should certify an issue class pursuant to Fed. R. Civ. P. 23(c)(4), limited to adjudicating the common question of whether Defendant's statements are unlawful or deceptive.

3. Whether the Court should appoint Plaintiff and Plaintiff's Counsel as Class Representative and Class Counsel, respectively.

1 | DATED: August 16, 2019

2

3 | Respectfully Submitted,

4 | /s/Kim Richman

Kim E. Richman (admitted *Pro Hac Vice*)
5 | Jaimie Mak, Of Counsel (236505)
**RICHMAN LAW GROUP**
6 | 535 Mission Street
San Francisco, CA 94105
7 | Telephone: (212) 687-8291
Facsimile: (212) 687-8292
8 | krichman@richmanlawgroup.com
jmak@richmanlawgroup.com

9 | Stephen R. Basser (121590)
Samuel M. Ward (216562)
10 | **BARRACK, RODOS & BACINE**
One America Plaza
11 | 600 West Broadway, Suite 900
San Diego, CA 92101
12 | Telephone: (619) 230-0800
Facsimile: (619) 230-1874
13 | sbasser@barrack.com

14 | Rosemary M. Rivas (SBN 209147)
**LEVI & KORSINSKY LLP**
15 | 44 Montgomery Street, Suite 650
San Francisco, California 94104
16 | Telephone: (415) 373-1671
Facsimile: (415) 484-1294
17 | rrivas@zlk.com

18 | Courtney E. Maccarone (admitted *Pro Hac Vice*)
**LEVI & KORSINSKY, LLP**
19 | 55 Broadway, 10th Floor,
New York, NY 10006
20 | Telephone: (212) 363-7500
Facsimile: (212) 363-7171
cmaccarone@zlk.com

21 | John G. Emerson (admitted *Pro Hac Vice*)
**EMERSON SCOTT, LLP**
22 | 830 Apollo Lane
Houston, TX 77058
23 | Telephone: (281) 488-8854
Facsimile: (281) 488-8867
24 | jemerson@emersonfirm.com

25 | *Attorneys for Plaintiff Susan Tran*

26

27

28

**CERTIFICATE OF SERVICE**

I, the undersigned, state that I am an attorney in this action; that I am over the age of eighteen (18) years and not a party to the within action; that I am employed at Richman Law Group, 8 W. 126th Street, New York, NY 10027; and that on August 13, 2019, I served a true copy of the attached:

1. Notice of Motion for Class Certification.

2. Memorandum of Law and Exhibits Supporting the Motion for Class Certification.

3. Declaration of Kim E. Richman in Support of Class Certification.

4. Proposed Order to Grant the Motion for Class Certification.

**BY CM/ECF:** I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the Court.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 16th day of August 2019.

*/s/Kim E. Richman*
Kim E. Richman

**Electronic Mail Notice List**

- Stephen R. Basser

  sbasser@barrack.com, jmueller@barrack.com, sward@barrack.com

- David Ian Dalby

  ddalby@hinshawlaw.com, cpena@hinshawlaw.com

- John G. Emerson

  jemerson@emersonfirm.com, tautry@emersonfirm.com

- Lori G. Feldman

  lfeldman@zlk.com

- Courtney E. Maccarone

  cmaccarone@zlk.com, ebigelow@zlk.com

- Jaimie Mak

  jmak@richmanlawgroup.com

- Benjamin Jared Meiselas

  meiselas@geragos.com, ben@geragos.com, geragos@geragos.com,
  geragos@ecf.inforu ptcy.com

- Benjamin S. Noren

  bnoren@hinshawlaw.com

- Edward K Lenci

  elenci@hinshawlaw.com

- Kim E. Richman

  krichman@richmanlawgroup.com, information@richmanlawgroup.com

NOTICE OF MOTION