Rosemary M. Rivas (State Bar No. 209147)
Email: rrivas@zlk.com
**LEVI & KORSINSKY LLP**
44 Montgomery Street, Suite 650
San Francisco, California 94104
Telephone: (415) 373-1671
Facsimile: (415) 484-1294

Kim E. Richman (admitted *pro hac vice*)
Email: krichman@richmanlawgroup.com
Jaimie Mak, Of Counsel (State Bar No. 236505)
Email: jmak@richmanlawgroup.com
**RICHMAN LAW GROUP**
8 W. 126th Street
New York, NY 10027
Telephone: (212) 687-8291
Facsimile: (212) 687-8292

*Attorney for Plaintiff and the Proposed Class*

**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION**

| | |
|---|---|
| SUSAN TRAN, on Behalf of Herself and all Others Similarly Situated, | Case No. 8:17-cv-00110-JLS-SS |
| Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |
| v. | |
| SIOUX HONEY ASSOCIATION, COOPERATIVE, | |
| | Judge:      Hon. Josephine L. Staton |
| Defendant. | Crtrm.:     10A; 10th FL |

Pending before the Court is Plaintiff's Motion for Class Certification. The Court, having reviewed the papers filed in support of the Motion, the papers in opposition thereto, the pleadings and papers on file herein, and having considered the arguments of counsel, and good cause appearing therefore, Plaintiff's motion is hereby GRANTED and it is hereby ORDERED as follows:

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

1.   Pursuant to Rule 23(a) and Rule 23(b) of the Federal Rules of Civil Procedure, the Court hereby makes the following findings:

**a. Numerosity (Rule 23(a)(1)):**

Plaintiff has demonstrated that "the class is so numerous that joinder of all members is impracticable." Fed. R. Civ. P. 23(a)(1).

**b. Adequacy of Class Representative and Class Counsel (Rule 23(a)(4)):**

Plaintiff and proposed Class Counsel "will fairly and adequately protect the interests of the class." Fed. R. Civ. P. 23(a)(4).

**c. Typicality (Rule 23(a)(3)):**

Plaintiff's claims are typical of the claims of the Class members.

**d. Superiority (Rule 23(b)(3)):**

The Court concludes that Plaintiff has met her burden of establishing Rule 23(b)(3)'s superiority requirement.

**e. Commonality (Rule 23(a)(2)) and Predominance (Rule 23(b)(3)):**

Plaintiff has satisfied the commonality requirement here by identifying a common contention that is capable of classwide resolution.

**f. Injunctive Relief on Behalf of the Class as a Whole (Rule 23(b)(2)):**

Whether final injunctive relief is appropriate is an issue with respect to the Class as a whole. Rule 23(b)(2) is therefore satisfied.

**g. Certification of Issue Class (Rule 23(c)(4)):**

Plaintiff has demonstrated that the single issue of whether Defendant misled or deceived consumers by labeling its honey products as "Pure" or "100% Pure" while the products actually contain glyphosate fits squarely within the bounds of warranting Rule 23(c)(4) certification; Rule 23(c)(4) is therefore satisfied.

2.   Accordingly, Plaintiff's motion for class certification is hereby granted in its entirety.

3.   The Court hereby certifies the following Class: All persons residing in California, who, from January 2014 to the Present, purchased, for personal use and not

resale, Sue Bee Products. Excluded from the Class are Defendant, its present and former parents, subsidiaries, affiliates, and employees, the Court, and the Court's immediate family and staff.

4.    The Court appoints Plaintiff Susan Tran as a representative of the Class.

5.    Pursuant to Rule 23(g), the Court appoints the law firms, Richman Law Group, and Levi & Korsinsky, LLP, as Class Counsel.

**IT IS SO ORDERED.**

DATED: _____                    _____

                                            Hon. Josephine L. Staton

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR CLASS CERTIFICATION