# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| SUSAN TRAN, on Behalf of Herself and All Others Similarly Situated,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SIOUX HONEY ASSOCIATION, COOPERATIVE,<br><br>　　　　Defendant. | Case No. 8:17-CV-00110-JLS-JCG<br><br>**JUDGMENT IN FAVOR OF SIOUX HONEY ASSOCIATION, COOPERATIVE**<br><br><br>Complaint filed: January 23, 2017 |

Pursuant to the Court's Order of July 13, 2020 granting Defendant Sioux Honey Association, Cooperative's ("SHA") motion for summary judgment (Doc. 204), the court now enters judgment in favor of defendant and against plaintiff, both individually and as representative of the class certified on February 24, 2020, on all individual and class claims asserted in this action. Defendant is awarded its costs of suit. In accordance with Local Rules 54-2 and 54-3, SHA must submit a "Bill of

Costs" and an "Application to the Clerk to Tax Costs" to recover any eligible litigation costs in this action.

Dated: July 20, 2020

_____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE